IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| CHRISTOPHER KAGAWA,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF HAWAIʻI POLICE DEPARTMENT; ALRIC DALERE, in his individual capacity; MICHAEL SANTOS, in his individual capacity; *et al.*,<br><br>Defendants. | Civil No. 23-00105 MWJS-KJM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY DEFENDANTS' BILL OF COSTS |

**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY
DEFENDANTS' BILL OF COSTS**

Findings and Recommendation having been filed and served on all parties on September 25, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Magistrate Judge's Findings and Recommendation to Deny Defendants' Bill of Costs, Dkt. No. 106, filed September 25, 2025, are adopted as the opinion and order of this court.

//

//

//

IT IS SO ORDERED.

DATED: October 22, 2025, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

Civil No. 23-00105 MWJS-KJM, *Kagawa v. Cnty. of Haw. Police Dep't, et al.*; ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY DEFENDANTS' BILL OF COSTS

2